**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**UNITED STATES OF AMERICA**

**- against -**

**JOSEPH SCLAFANI,**

***Defendant.***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**No. 11-CR-345 (JBW)**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, upon the annexed affirmation of Jonathan Savella and exhibits, the accompanying memorandum of law and all prior proceedings, the defendant Joseph Sclafani will move this Court before the Honorable Jack B. Weinstein, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY, at a date and time convenient for the Court, for an order amending his pending 28 U.S.C. § 2255 motion (ECF No. 327) to include a claim of ineffective assistance of counsel, and for such other relief as the Court deems just and proper.

Dated: New York, New York
June 27, 2016

Respectfully submitted,

/s/

Jonathan Savella
810 Seventh Avenue, Suite 620
New York, New York 10019
(646) 801-2184
jonathan.savella@gmail.com

Marc Fernich
LAW OFFICE OF MARC FERNICH
810 Seventh Avenue, Suite 620
New York, New York 10019
(212) 446-2346
maf@fernichlaw.com

*Attorneys for Joseph Sclafani*