**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X**

**UNITED STATES OF AMERICA**

**- against -**

**JOSEPH SCLAFANI,**

***Defendant.***

**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X**

**No. 11-CR-345 (JBW)**

**AFFIRMATION IN SUPPORT**

Jonathan Savella, an attorney admitted to practice before this Court, affirms under penalty of perjury that:

1. As an attorney for Joseph Sclafani in the captioned matter, I am fully familiar with the facts and circumstances described herein.

2. This affirmation, together with the exhibits identified below, and the accompanying memorandum of law are respectfully submitted in support of Mr. Sclafani's motion to amend his pending § 2255 motion.

3. A copy of the Affidavit of Joseph Sclafani, sworn May 18, 2016, is attached as Exhibit A.

4. A copy of the Affidavit of Stacey Sclafani, sworn June 12, 2016, is attached as Exhibit B.

5. A copy of the Declaration of Timothy Parlatore, dated June 27, 2016, is attached as Exhibit C.

Dated: New York, New York
June 27, 2016

/s/
JONATHAN SAVELLA

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**UNITED STATES OF AMERICA**

**- against -**

**JOSEPH SCLAFANI,**

***Defendant.***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**No. 11-CR-345 (JBW)**

**AFFIDAVIT OF**
**<u>JOSEPH SCLAFANI</u>**

STATE OF PENNSYLVANIA )
) ss.:
COUNTY OF MCKEAN )

**JOSEPH SCLAFANI**, defendant in the captioned case, hereby swears under penalty of perjury:

1. The captioned case arises from my September 2011 indictment on various narcotics charges.

2. On April 11, 2013, I resolved the charges by pleading guilty to participating in a cocaine distribution conspiracy and violating supervised release conditions related to a previous conviction.

3. On August 16, 2013, the Hon. John Gleeson sentenced me to a 180-month term of imprisonment, which was subsequently reduced to 168 months. I am currently serving that sentence at FCI McKean.

4. In a Courthouse conversation immediately following my sentencing hearing, I instructed my attorney, Timothy Parlatore, to appeal Judge Gleeson's

conclusion that I was subject to a Career Offender enhancement under the Sentencing Guidelines. Mr. Parlatore agreed to do so.

5. Over the next several months, I communicated with Mr. Parlatore about my appeal on several occasions, suggesting arguments Mr. Parlatore could make and requesting status updates. Mr. Parlatore assured me that he was moving forward with the appeal.

6. In late 2014, Mr. Parlatore informed me, in substance, that my appeal was "denied, no opinion." I took this to mean that the Second Circuit agreed with Judge Gleeson that I was subject to a Career Offender enhancement. I did not realize, nor did Mr. Parlatore explain, that my appeal had been dismissed for lack of jurisdiction because the notice of appeal was untimely.

7. At around this time, I learned that Judge Gleeson had scheduled a hearing on my eligibility for a sentencing reduction under 18 U.S.C. § 3582(c). I retained Mr. Parlatore to represent me in that proceeding. In January 2015, Judge Gleeson reduced my sentence to 168 months.

8. I did not discover the true outcome of my appeal until April of this year. Appearing on my behalf at a § 2255 hearing on April 12, Mr. Parlatore admitted to the Court that my appeal had been dismissed as untimely. Mr. Parlatore also admitted, at Judge Weinstein's prompting, that his failure to timely appeal may have amounted to ineffective assistance of counsel. My mother and sister, who attended the hearing, relayed this information to me.

9. Upon learning of Mr. Parlatore's error, I discharged him and retained new counsel.

I swear under penalty of perjury that the foregoing is true and correct.

Commonwealth of Pennsylvania
County of McKean

Joseph Sclafani
JOSEPH SCLAFANI

Sworn to before me this
18 day of May, 2016

Cheri Harrington

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Cheri R. Harrington, Notary Public
Lafayette Twp., McKean County
My Commission Expires Sept. 17, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------- X

**UNITED STATES OF AMERICA**

**- against -**

**JOSEPH SCLAFANI,**

***Defendant.***

---------------------------------- X

**No. 11-CR-345 (JBW)**

**AFFIDAVIT OF**
**STACEY SCLAFANI**

STATE OF NEW JERSEY )
) ss.:
COUNTY OF MORRIS )

**STACEY SCLAFANI** hereby swears under penalty of perjury:

1. The defendant, Joseph Sclafani, is my brother.

2. Throughout this case, my mother and I have remained in close contact with my brother, providing him with emotional support and helping him coordinate his defense.

3. From the time of his arrest in 2011 until April of this year, my brother was represented by attorney Timothy Parlatore. During this period, I occasionally contacted Mr. Parlatore in connection with my brother's case, seeking status updates, requesting documents or relaying information that I received from my brother.

4. In 2014, we (that is, my mother and I) were awaiting the outcome of my brother's appeal. Late in the year, Mr. Parlatore informed me that the appeal had been

denied with no decision. I took this to mean that the court had rejected my brother's arguments.

5. In June 2015, my brother called me from prison about a new Supreme Court decision named *Johnson.* Joseph instructed me to find a copy of the decision online and email it to Mr. Parlatore. I complied. A copy of my June 30, 2015 email to Mr. Parlatore is attached to this affidavit as Exhibit A.

6. On July 8, 2015, again at my brother's prompting, I emailed Mr. Parlatore to request that he communicate his thoughts about the *Johnson* decision to my brother. In my email, which is attached as Exhibit B, I mistakenly used the term "appeal" to refer to the § 2255 motion that my brother and Mr. Parlatore were contemplating at the time.

7. On July 16, 2015, I emailed Mr. Parlatore again to confirm that he was working on my brother's § 2255 motion. A copy of that email is attached as Exhibit C.

8. On August 27, 2015, my mother and I met Mr. Parlatore for lunch to discuss the § 2255 motion. Based on our conversation, I understood that Mr. Parlatore would file the motion before the end of September.

9. I attended the April 12, 2016 hearing on my brother's § 2255 motion. From an exchange between Mr. Parlatore and the judge, I learned that my brother's appeal had been dismissed because Mr. Parlatore failed to file it on time. This information came as a complete surprise to me.

10. Later that day, my brother called from prison to inquire about the result of the hearing. When I relayed Mr. Parlatore's statements about the outcome of the appeal, my brother angrily exclaimed that he couldn't believe it. When he had calmed down, Joseph instructed me to start looking for an attorney to replace Mr. Parlatore.

STACEY SCLAFANI

Sworn to before me this
22 day of June, 2016

J[illegible] V. C[illegible]RINO
NOTARY P[illegible], S[illegible] of New York
No. 43-[illegible]51
Qualified in Rich[illegible] County
Term Expires 3/30/18

AFFIDAVIT OF STACEY SCLAFANI

**EXHIBIT A**

Home Mail Search News Sports Finance Celebrity Weather Answers Flickr Mobile More Try Yahoo Mail on Firefox »

YAHOO! MAIL
All Search | Search Mail | Search Web | Home | Stacey

Compose | Search results | Archive | Move | Delete | Spam | More | Collapse All

Yahoo
Add another account
Yahoo (9999+)
Add another account

Inbox (9999+)
Drafts
Sent
Archive
Spam (76)
Trash
Smart Views
Important
Unread
Starred
People
Social
Shopping
Travel
Finance
Important
Unread
Starred
People
Social
Shopping
Travel
Finance
Folders (294)
Recent

Joseph Sclafani (2) People

**Stacey Sclafani** <staceysclafani@yahoo.com> 06/30/15 at 10:09 PM

To Timothy C. Parlatore

Hi Tim,

This i believe is what joe wants you to look at.

Thank you,

Stacey Sclafani
staceysclafani@yahoo.com

http://www.supremecourt.gov/opinions/14pdf/13-7120_p86b.pdf

WebPage.pdf

**Reply**, **Reply All** or **Forward** | **More**

**Stacey Sclafani** Hi Ant, here is the opinion Stacey Sclafani staceysclafani@yahoo.com Begin forwa Jan 12 at 8:18 PM

Click to Reply, Reply All or Forward

Send

AFFIDAVIT OF STACEY SCLAFANI

# EXHIBIT B

Compose | Search results | Archive | Move | Delete | Spam | More

Yahoo

Add another account

Yahoo (9999+)

Add another account

**Inbox (9999+)**

Drafts

Sent

Archive

**Spam (76)**

Trash

**Smart Views**

Important

Unread

Starred

People

Social

Shopping

Travel

Finance

Important

Unread

Starred

People

Social

Shopping

Travel

Finance

**Folders (294)**

**Recent**

Joe

People

**Stacey Sclafani** <staceysclafani@yahoo.com> 07/08/15 at 10:58 AM

To Timothy C. Parlatore

Hi Tim,

How are you i know Joe has been emailing you about the appeal if you can get back to him with your thoughts.

Thank you,

Stacey Sclafani
staceysclafani@yahoo.com

**Reply, Reply All or Forward | More**

Click to Reply, Reply All or Forward

Send

AFFIDAVIT OF STACEY SCLAFANI

**EXHIBIT C**

Home Mail Search News Sports Finance Celebrity Weather Answers Flickr Mobile More Try Yahoo Mail on Firefox »

All Search Search Mail Search Web Home Stacey

Compose Search results Archive Move Delete More

Yahoo
Add another account
Yahoo (9999+)
Add another account

Inbox (9999+)
Drafts
Sent
Archive
Spam (76)
Trash
Smart Views
Important
Unread
Starred
People
Social
Shopping
Travel
Finance
Important
Unread
Starred
People
Social
Shopping
Travel
Finance
Folders (294)
Recent

Joe sclafani

People

**Stacey Sclafani** <staceysclafani@yahoo.com> 07/16/15 at 11:11 PM

To Timothy Parlatore

How is it going are we working on his appeal?

Thank you,

Stacey Sclafani

**Reply**, **Reply All** or **Forward** | **More**

Click to Reply, Reply All or Forward

Send

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X**

**UNITED STATES OF AMERICA**

**- against -**

**JOSEPH SCLAFANI,**

*Defendant.*

**- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X**

**No. 11-CR-345 (JBW)**

**DECLARATION OF**
**TIMOTHY PARLATORE**

**TIMOTHY PARLATORE**, an attorney admitted to practice in this Court, declares under penalty of perjury per 28 U.S.C. § 1746:

1. Until April of this year, I represented Joseph Sclafani in the captioned case.

2. After his August 16, 2013 sentencing, I discussed filing an appeal with Mr. Sclafani and his family. After several days of discussion, his father informed me that they had decided to file an appeal. I agreed to do so.

3. I filed Mr. Sclafani's notice of appeal on September 23, 2013 – more than 14 days after judgment was entered on August 27. At the time, I believed that this was timely filed, erroneously remembering the New York State 30-day time limit.

4. On October 21, 2013, the Government filed a motion to dismiss the appeal. This motion was based solely on the appellate waiver in Mr. Sclafani's plea agreement and was silent as to the late Notice of Appeal.

5. On October 22, 2013, the Second Circuit ordered that a response brief should be filed, that complies with the requirements set forth in *United States v. Gomez-Perez*, 215 F.3d 315 (2nd Cir. 2000).

6. On March 12, 2014, I filed an appellate brief on Mr. Sclafani's behalf. In this brief, I provided the Court with the proper basis to contest Mr. Sclafani's appellate waiver, based on the Government's breach of the plea agreement, and then argued the merits of Mr. Sclafani's improper designation as a career offender.

7. In its response, filed July 17, 2014, the government "note[d] that Sclafani's notice of appeal was not filed within fourteen days of the entry of the judgment." (7/17/14 Ltr. at 6, No. 13-3634 (2d Cir.), ECF No. 43.) This was the first time that the issue of a late notice of appeal was ever raised.

8. The Court of Appeals dismissed Sclafani's appeal as untimely in an Order dated August 5, 2014. The order did not address either Mr. Sclafani's appellate waiver, or the merits of his career offender argument.

9. After the Court of Appeals' Order, I informed Mr. Sclafani of the dismissal, telling him it was dismissed based on the late notice of appeal, and that they issued no opinion regarding the merits of his career offender argument.

10. While I did inform Mr. Sclafani of the Court's reasoning, we did not discuss the matter in significant detail.

11. At no time did I make any attempt to hide the Courts reasoning from Mr. Sclafani. I am aware that inmates have access to PACER and it was my belief that Mr. Sclafani already had read the Court's decision himself.

12. On November 7, 2014, approximately three months after the denial of Mr. Sclafani's appeal, Judge Gleeson appointed the Federal Defenders of New York to represent Mr. Sclafani in connection to an application for a sentence reduction pursuant to 18 U.S.C. §3582(c). I do not know if Mr. Sclafani discussed the appeal with his attorney from the Federal Defenders.

13. After a discussion with Mr. Sclafani and his family, I agreed to represent him for the application to reduce his sentence.

14. On December 30, 2014, I informed the Court that I would be continuing to represent Mr. Sclafani and filed a response on his behalf to reduce his sentence.

15. On January 8, 2015, I successfully obtained a one-year reduction of Mr. Sclafani's sentence.

16. On January 18, 2015, I filed a Motion, pursuant to 28 U.S.C. 2255 on behalf of Mr. Sclafani. This application was based on the exact same arguments that I had raised in his initial appeal. The reason for the motion was that the Supreme Court had recently adopted an identical argument in the case of *Johnson v. United States*, 135 S. Ct. 2551 (2015), thereby reversing the precedent which the Government had relied on to have Mr. Sclafani designated as a career offender in the first place.

17. At the hearing before Judge Weinstein on April 12, 2016, Judge Weinstein asked me why the notice of appeal had been untimely filed. Without hesitation, I took responsibility and explained that it was my error.

18. I was subsequently replaced as Mr. Sclafani's counsel.

Dated: New York, New York
June 27, 2016

**TIMOTHY PARLATORE**