UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>– against –<br><br>JOSEPH SCLAFANI,<br><br>Defendant. | **ORDER**<br>11-CR-0345<br><br>FILED<br>IN CLERK'S OFFICE<br>U.S. DISTRICT COURT E.D.N.Y.<br>★ AUG 16 2016 ★<br>BROOKLYN OFFICE |

**JACK B. WEINSTEIN, Senior United States District Judge:**

Defendant's motion to vacate (ECF No. 327) and motion to amend (ECF No. 342) are granted. Defendant's sentence is set aside. *See* Hr'g Tr., Aug. 15, 2016.

A sentencing hearing shall be held on November 2, 2016 at 10:30 a.m. in Courtroom 10 B South.

The defendant is ordered to be produced as soon as reasonably possible and lodged in a facility in the Eastern District pending his re-sentencing.

Probation is directed to produce a new pre-sentence report.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: August 15, 2016
      Brooklyn, New York

